United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-04521-HWV |
| Carl E. McKee | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Jun 17, 2022  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

**Recip ID    Recipient Name and Address**
+    Mastronardi Produce Inc., 28700 Plymouth Road, Livonia, MI 48150-2336

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:

**Name    Email Address**

Brian Nicholas
  on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F bnicholas@kmllawgroup.com

Jack N Zaharopoulos (Trustee)
  TWecf@pamd13trustee.com

Jerome B Blank
  on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB Et.Al pamb@fedphe.com

Rebecca Ann Solarz
  on behalf of Creditor Wilmington savings Fund Society  FSB. bkgroup@kmllawgroup.com

Thomas Song
  on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB Et.Al tomysong0@gmail.com

Thomas Song
  on behalf of Creditor Jpmorgan Chase Bank  National Association tomysong0@gmail.com

Tracy Lynn Updike
           on behalf of Debtor 1 Carl E. McKee tlupdike@mette.com rkvansteenacker@mette.com

United States Trustee
           ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  :
         :  CASE NO. 1-19-04521-HWV
CARL E. McKEE,  :
         :  CHAPTER 13
   Debtor  :
         :

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

The Motion of the Debtor for a wage attachment order having come this day before the Court, it is:

**HEREBY ORDERED** that Mastronardi Produce Inc., Attn: Payroll, 28700 Plymouth Road, Livonia, MI 48150, the employer of the Debtor, Carl E. McKee, is hereby directed to deduct from the weekly salary of Carl E. McKee the sum of $171.25 commencing November 2019, and to remit the same to Jack N. Zaharopoulos CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

**IT IS FURTHER ORDERED** that Mastronardi Produce Inc., shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 17, 2022