IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| CARL E. MCKEE | : | CASE NO. 1-19-04521-HWV |
| | : | |
| Debtor | : | |

## ENTRY AND WITHDRAWAL OF APPEARANCE

TO THE CLERK:

    Kindly withdraw the appearance of Tracy L. Updike, Esquire on behalf of Mette, Evans and Woodside, as attorney of record for the Debtor in the above-captioned matter.

Date: September 12, 2023    By:  /s/ Tracy L. Updike
                                                      Tracy L. Updike, Esquire
                                                      Mette, Evans & Woodside
                                                      3401 N. Front Street
                                                      Harrisburg, PA 17110
                                                      Telephone: (717) 232-5000

    Kindly enter the appearance of James K. Jones, Esquire on behalf of Cunningham, Chernicoff and Warshawsky, as attorney of record for the Debtor in the above-captioned matter.

Date: September 12, 2023    By:  /s/ James K. Jones
                                                        James K. Jones, Esquire
                                                      Cunningham, Chernicoff & Warshawsky
                                                      2320 North Second Street
                                                      PO Box 60457
                                                      Harrisburg, PA 17106-0457
                                                      Telephone: (717) 238-6570