# Mette, Evans & Woodside
Attorneys at Law
3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950
Phone No.: (717) 232-5000
Fax: (717) 236-1816
Federal Tax ID: 23-1985005

Statement Date: January 27, 2020
Statement as of: January 22, 2020
Statement No: 248413

Carl E. McKee
106 Highland Avenue
Duncannon, PA 17020

Client No. 18670-0001: Chapter 13 Bankruptcy

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Hours | Description |
|---|---|---|---|
| 10/16/2019 | TLU | 0.30 | Correspondence from/to client re re-filing |
| 10/21/2019 | TLU | 1.90 | Conference with client re new filing |
| 10/21/2019 | TLU | 2.10 | Preparation of petition and schedules |
| 10/21/2019 | TLU | 0.20 | Correspondence to sheriff re stay by bankruptcy |
| 10/21/2019 | TLU | 0.50 | Filing and service of petition |
| 10/22/2019 | TLU | 1.50 | Revisions to schedules/statements; preparation of plan; correspondence to client re same |
| 10/22/2019 | TLU | 0.20 | Correspondence to client re copies of documents filed |
| 10/23/2019 | TLU | 0.20 | Correspondence to client re 341 meeting |
| 10/23/2019 | TLU | 0.30 | Correspondence from/to client with materials for schedules; revisions to same |
| 10/24/2019 | TLU | 0.30 | Correspondence from/to client re mortgage payoff and wage attach |
| 10/25/2019 | TLU | 1.20 | Conference with client to review, edit and sign schedules and statements |
| 10/25/2019 | TLU | 0.30 | Filing and service of bankruptcy papers |
| 10/28/2019 | TLU | 0.40 | Preparation of motion for wage attachment |
| 11/01/2019 | TLU | 0.20 | Correspondence to client re loss mitigation and new point of contact |
| 11/04/2019 | TLU | 0.20 | Correspondence from/to client re loss mitigation |
| 11/13/2019 | TLU | 0.20 | Correspondence from/to client re loss mitigation |
| 11/18/2019 | TLU | 0.20 | Correspondence from/to client re new mortgage payment |
| 12/18/2019 | TLU | 0.50 | Review file for Creditors Meeting |
| 12/19/2019 | TLU | 1.10 | Attendance at Creditors Meeting; conference with client re same |
| 12/19/2019 | TLU | 0.20 | Receipt and review of mortgage claim against plan |
| 12/20/2019 | TLU | 0.20 | Correspondence to client re confirmation hearing |
| 12/23/2019 | TLU | 0.20 | Preparation and filing of request for compensation; filing of preconfirmation certification |
| 01/14/2020 | TLU | 0.70 | Preparation for confirmation |

McKee, Carl E.
18670-0001
1/27/2020
Page 2

| | | | | | |
|---|---|---|---|---|---|
| 01/22/2020 | TLU | 0.90 | Attendance at confirmation hearing (confirmed) | | |
| 01/22/2020 | TLU | 0.20 | Correspondence to client re confirmation order | | |
| 01/22/2020 | TLU | | Write-down of $260.00 | | |
| TOTAL HOURS | | 14.20 | | Sub-total Fees: | $4,000.00 |

## Rate Summary

| | | | |
|---|---|---|---|
| Tracy L. Updike | | 14.20 hours at $281.69/hr | 4,000.00 |
| | Total hours: | 14.20 | |

| | |
|---|---|
| Total Current Billing: | $4,000.00 |
| Total Payments: | $0.00 |
| **Total Now Due:** | **$4,000.00** |

**NOTE:**
**Statements not paid** within 30 days of their date bear interest thereafter at the rate of 1% per month or fraction thereof until paid.
**Please include** Client No. on check.
**Credit card payments** can be made online at www.mette.com.