IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| CARL E. MCKEE | : | CASE NO. 1-19-04521-HWV |
| | : | |
| Debtor | : | |

**ORDER**

The Interim Application of Mette, Evans & Woodside for allowance of compensation and expenses out of the estate of the Debtor, the Trustee's Objection thereto, and opportunity for hearing thereon given by the Court, and the Court having duly considered such Application, together with its supporting papers, and having heard and considered the evidence presented, it is

**HEREBY ORDERED** that the Interim Application of Mette, Evans & Woodside as attorneys for the Debtor for allowance of $2,300.62 for services and expenses for the period April 14, 2020 to August 30, 2023 is allowed, after reduction of the fees requested in the amount of $300.00, in the final amount of $2,000.62, the amounts claimed being considered fair and reasonable. Mette, Evans & Woodside shall be paid the balance of their Application through the Chapter 13 Plan.