IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:  Case No. 1:19-bk-04521-HWV
Chapter 13

Carl E. McKee

Debtor(s).

## NOTICE OF APPEARANCE

**Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By: /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 15th day of February, 2024, to the following:

James K Jones
Mette, Evans & Woodside
3401 N. Front St.
P.O. Box 5950
Harrisburg, PA 17110
jkjones@mette.com
*Attorney for Debtor(s)*

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
*Chapter 13 Trustee*

Asst. U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Carl E. McKee
106 Highland Avenue
Duncannon, PA 17020

*Debtor(s)*

                By:   /s/ Steven K. Eisenberg
                     Steven K. Eisenberg, Esquire