United States Bankruptcy Court
Middle District of Pennsylvania

In re: Carl E. McKee, Debtor

Case No. 19-04521-HWV
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 29, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Heidi M. Mckee, 106 Highland Avenue, Duncannon, PA 17020-1114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2024  Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust F djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James K Jones | on behalf of Debtor 1 Carl E. McKee jkjones@mette.com rkvansteenacker@mette.com |
| Jerome B Blank | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB Et.Al pamb@fedphe.com |
| Michael Patrick Farrington | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust F mfarrington@kmllawgroup.com |
| Michael Patrick Farrington | |

| | |
|---|---|
| | on behalf of Creditor Wilmington savings Fund Society FSB. mfarrington@kmllawgroup.com |
| Steven K Eisenberg | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust F seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| Thomas Song | on behalf of Creditor Jpmorgan Chase Bank National Association tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB Et.Al tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| In Re: | |
|---|---|
| CARL E. MCKEE<br>Debtor<br><br>WILMINGTON SAVINGS FUND SOCIETY,<br>FSB, AS TRUSTEE OF STANWICH<br>MORTGAGE LOAN TRUST F<br>Movant<br>v.<br>CARL E. MCKEE<br>Debtor<br><br>HEIDI M. MCKEE<br>Co-Debtor<br>JACK N ZAHAROPOULOS<br>Trustee<br>Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 1:19-bk-04521-HWV<br><br>Judge: VAN ECK, HENRY W. |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by Movant, Doc. 65, and it appearing that the parties have resolved this matter via Stipulation, Doc. 69, it is

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 29, 2024