IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                  CASE NUMBER 1:19-bk-04521-HWV

**CARL E. MCKEE,**                              CHAPTER 13

          **DEBTOR.**

**WILMINGTON SAVINGS FUND SOCIETY,
FSB, AS TRUSTEE OF STANWICH
MORTGAGE LOAN TRUST F SERVICED
BY CARRINGTON MORTGAGE SERVICES,**
          **MOVANT**

**JACK N ZAHAROPOULOS,**

          **TRUSTEE**

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

      Wilmington Savings Fund Society, Fsb, As Trustee Of Stanwich Mortgage Loan Trust F Serviced By Carrington Mortgage Services has filed a Motion to Extend the Time to Respond to The Notice of Final Mortgage Cure Payment.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

      1.     If you do not want the court to grant the relief sought in the motion, then on or before **(date) 14 days to respond** you or your attorney must do <u>all</u> of the following:
          (a)     file an answer explaining your position at:
                    Sylvia H. Rambo U.S. Courthouse
                    1501 North 6th Street
                    Harrisburg, PA 17102

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
          (b)     mail a copy to the movant's attorney:
                    Brian Nicholas
                    McCalla Raymer Leibert Pierce, LLC
                    325-41 Chestnut Street, Suite 800
                    Philadelphia, Pennsylvania, 19106

      2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.     If you object a hearing on the motion will be scheduled to be held before the Chief Judge Henry W. Van Eck, the United States Bankruptcy Judge, in at the United States Bankruptcy Court, 1501 North 6th Street Harrisburg, PA 17102.

   4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

   5.  You may contact the Bankruptcy Clerk's office at 570-831-2500 to find out whether the hearing has been canceled because no one filed an answer.

                     /s/Brian Nicholas
                      Brian Nicholas
                      PA Bar 317240
                      McCalla Raymer Leibert Pierce, LLC
                      325-41 Chestnut Street, Suite 800
                      Philadelphia, Pennsylvania, 19106
                      (848) 999-4640
                      brian.nicholas@mccalla.com