United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                       Case No. 19-04521-HWV

Carl E. McKee                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                    User: AutoDocke                                         Page 1 of 2

Date Rcvd: Jul 10, 2024                            Form ID: pdf010                                     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Wilmington Savings Fund Society, FSB, as trustee o, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: BankruptcyECFMail@mccalla.com | Jul 10 2024 18:46:00 | Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024                           Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Philip Jones | |
| | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust F djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise E. Carlon | |
| | on behalf of Creditor Wilmington savings Fund Society FSB. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |

on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust F bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

James K Jones

on behalf of Debtor 1 Carl E. McKee jkjones@mette.com rkvansteenacker@mette.com

Jerome B Blank

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB Et.Al pamb@fedphe.com

Steven K Eisenberg

on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust F seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas Song

on behalf of Creditor Jpmorgan Chase Bank National Association tomysong0@gmail.com

Thomas Song

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB Et.Al tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| IN RE: | CASE NUMBER 1:19-bk-04521-HWV |
| CARL E. MCKEE, | CHAPTER 13 |
| DEBTOR. | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST F SERVICED BY CARRINGTON MORTGAGE SERVICES, MOVANT | |
| JACK N ZAHAROPOULOS, TRUSTEE | |

## ORDER

Upon consideration of the Motion to Extend Time filed by Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F serviced by Carrington Mortgage Services ("Movant"), Doc. 77, and no objections having been filed, it is

**ORDERED** that the Motion is **GRANTED** and Movant is permitted to file their response to the Trustee's Notice of Final Cure Mortgage Payment, to the extent not already filed, on or before July 23, 2024.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 9, 2024