In re:  Case No. 19-04521-HWV
Carl E. McKee  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Jul 29, 2024     Form ID: fnldecnd     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carl E. McKee, 106 Highland Avenue, Duncannon, PA 17020-1114 |
| cr | + | WILMINGTON, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806-5948 |
| cr | + | Wilmington Savings Fund Society, FSB, as trustee o, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 5260880 | | AutoBank Acceptance Corp., 1117 N. Federal Highway, Fort Lauderdale, FL 33304-1444 |
| 5260882 | + | Commonwealth of Pennsylvania, Bureau of Labor and Industry, Office of Unemp Comp Tax Services OUCTS, PO Box 60848, Harrisburg, PA 17106-0848 |
| 5260883 | + | Duncannon Borough, 428 North High Street, Duncannon, PA 17020-1520 |
| 5260887 | | Peter Wapner, Esq./Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5260879 | + | Email/Text: bk@afsacceptance.com | Jul 29 2024 18:35:00 | AFS Acceptance LLC, 101 NE 3rd Avenue, 20th Floor, Suite A101, Fort Lauderdale, FL 33301-1610 |
| 5320150 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 29 2024 18:35:00 | WILMINGTON SAVINGS, CARRINGTON MTG SERV, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806 |
| 5320151 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 29 2024 18:35:00 | WILMINGTON SAVINGS, CARRINGTON MTG SERV, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806, WILMINGTON SAVINGS, CARRINGTON MTG SERV, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806 |
| 5260884 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 29 2024 18:35:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 5260885 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 29 2024 18:40:11 | JPMorgan Chase Bank, 301 N. Walnut Street, Floor 9, Wilmington, DE 19801-3935 |
| 5284463 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 29 2024 18:40:10 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 5260881 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 29 2024 18:40:20 | Chase Mortgage, P.O. Box 24696, Columbus, OH 43224-0696 |
| 5367646 | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 29 2024 18:35:00 | Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5260886 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 29 2024 18:35:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, |

| | | | |
|---|---|---|---|
| 5595960 | ^ MEBN | Jul 29 2024 18:33:34 | Wilmington Savings Fund Society, FSB, et al, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 PA 17128-0946 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5367647 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor Wilmington savings Fund Society  FSB. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James K Jones | on behalf of Debtor 1 Carl E. McKee jkjones@mette.com  rkvansteenacker@mette.com |
| Jerome B Blank | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB Et.Al pamb@fedphe.com |
| Steven K Eisenberg | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| Thomas Song | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB Et.Al tomysong0@gmail.com |
| Thomas Song | |

on behalf of Creditor Jpmorgan Chase Bank National Association tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Carl E. McKee,                                   Chapter     13

    **Debtor 1**
                                       Case No.    1:19−bk−04521−HWV

Social Security No.:
        xxx−xx−7445

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

### IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Carl E. McKee** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 29, 2024

**fnldec** (01/22)