

**JAMES K. JONES, ESQUIRE**

E-MAIL: jkjones@mette.com

August 28, 2024

Clerk
Sylvia H. Rambo United States Courthouse
Bankruptcy Courtroom, 4th Floor
Harrisburg, PA 17102

      **Re:**     **Carl E. McKee**
               **Chapter 13 Case No. 1:19-bk-04521-HWV**

Dear Clerk:

Please make note of the change of address for the Creditor listed below in the above-referenced case:

    Old Address:     AutoBank Acceptance Corp.
                           1117 N. Federal Highway
                           Fort Lauderdale, FL 33304-1444

    New Address:    AutoBank Acceptance Corp.
                           11870 W. State Rd. 84 #C2
                           P.O. Box 550067
                           Davie, FL 33355

Thank you for your assistance with this matter. A copy of the Final Decree was sent to creditor on August 27, 2024. Should you have any questions please do not hesitate to contact me at (717) 232-5000.

                                                  Very truly yours,

                                                  METTE, EVANS & WOODSIDE

                                                  James K. Jones, Esquire

2457940.1

3401 North Front Street, Harrisburg, PA 17011    717-232-5000    Fax 717-236-1816
7 Interplex Drive, Suite 400, Trevose, PA 19053    215-764-3115
www.mette.com

Case 1:19-bk-04521-HWV    Doc 84    Filed 08/28/24    Entered 08/28/24 13:57:39    Desc
Main Document    Page 1 of 1