**Fill in this information to identify the case:**

Debtor 1: CARL E. MCKEE

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE   District of PA
(State)

Case Number  1:19-bk-04521-HWV

---

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges      12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST F

**Court claim no. (if known):** 1

**Last 4 digits** of any number you use to identify the debtor's account: 2547

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No.
☐ Yes. Date of last notice: _____

---

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney fees | 04/20/2020 – Motion to Postpone Sheriff Sale | | $300.00 |
| | | 05/04/2020 – Postpone Do To COVID-19 | (3) | $100.00 |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. | Other. Specify: Mailing Costs for Motion to Postpone Sheriff Sale | 04/20/2020 | (11) | $1.30 |
| 12. | Other. Specify:_____ | | (12) | $ |
| 13. | Other. Specify:_____ | | (13) | $ |

| 14. | Other. Specify:_____ | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Thomas Song, Esquire  
Signature

Date: August 24, 2020

Print: Thomas Song, Esq., Id. No.89834  
      First Name   Middle Name   Last Name

Title: Attorney

Company: Phelan Hallinan Diamond & Jones, LLP

Address: 1617 JFK Boulevard, Suite 1400

Philadelphia, PA 19103

Contact Phone: 215-563-7000

Email: Thomas.Song@phelanhallinan.com